AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-CV-1417

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Interim Healthcare of Rochester, inc. was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Cindy palumbo , who is designated by law to accept service of process on behalf of *(name of organization)* Interim Healthcare of Rochester, inc. on *(date)* Thu, Oct 31 2019 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

Jacqueline L. Balikowski
_____
*Printed name and title*

1260 Delaware Ave. Buffalo NY 14209
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Oct 29, 2019, 11:26 am EDT at 360 Delaware Ave, Buffalo, NY 14202-1600

2) Successful Attempt: Oct 31, 2019, 9:29 am EDT at 69 Delaware Ave 1200, Buffalo, NY 14202-3808 Summons & Complaint received by Cindy palumbo For Interim Healthcare of Rochester, inc.. Age: 55; Ethnicity: Caucasian; Gender: Female; Weight: 160; Height: 5'4"; Hair: Brown; Relationship: Nursing supervisor ;