UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ORETHA BEH, RUBY CASON, BRIANA
KINCANNON and KIMBERLY BALKUM,
individually and on behalf of all persons
similarly situated,

                             Plaintiffs,                      No. 19-cv-01417-LJV

         -versus-
COMMUNITY CARE COMPANIONS INC.,
ALEXANDER J. CARO, MARK GATIEN,
INTERIM HEALTHCARE OF ROCHESTER,
INC., and JAMES WATSON,                    **CONSENT TO BECOME**
                   Defendants,          **PARTY PLAINTIFF**
--- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

        I, Donna Baldwin_____, understand that this case involves claims
             (print name)

under the minimum wage and overtime compensation provisions of federal law against

Community Care Companions Inc. and/or Interim Healthcare of Rochester, Inc. and related

individuals.  I am and/or was employed by one or both of these companies.

        I hereby consent to become a party plaintiff in this case and to be represented by any

and/or all of the plaintiffs who filed this case and their attorney(s) of record.


                                signature:    /s/ Donna Baldwin_____