UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ORETHA BEH, RUBY CASON, BRIANA
KINCANNON and KIMBERLY BALKUM,
individually and on behalf of all persons
similarly situated,

                Plaintiffs,                           No. 19-cv-01417-LJV

    -versus-
COMMUNITY CARE COMPANIONS INC.,
ALEXANDER J. CARO, MARK GATIEN,
INTERIM HEALTHCARE OF ROCHESTER,
INC., and JAMES WATSON,                          CONSENT TO BECOME
               Defendants,                           PARTY PLAINTIFF
-------------------------------------X

      I, <u>Ruby D. Cason</u>, understand that this case involves claims
           (print name)
under the minimum wage and overtime compensation provisions of federal law against

Community Care Companions Inc. and/or Interim Healthcare of Rochester, Inc. and related

individuals. I am and/or was employed by one or both of these companies.

      I hereby consent to become a party plaintiff in this case and to be represented by any

and/or all of the plaintiffs who filed this case and their attorney(s) of record.


                                            signature:    <u>/s/ Ruby D. Cason</u>