UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ORETHA BEH, RUBY CASON, BRIANA
KINCANNON and KIMBERLY BALKUM,
individually and on behalf of all persons
similarly situated,

                    Plaintiffs,                            No. 19-cv-01417-LJV

          -versus-
COMMUNITY CARE COMPANIONS INC.,
ALEXANDER J. CARO, MARK GATIEN,
INTERIM HEALTHCARE OF ROCHESTER,
INC., and JAMES WATSON,                           CONSENT TO BECOME
                    Defendants,                       PARTY PLAINTIFF
-----------------------------------------------------------------X

      I, <u>Briana Kincannon</u>, understand that this case involves claims
            (print name)

under the minimum wage and overtime compensation provisions of federal law against

Community Care Companions Inc. and/or Interim Healthcare of Rochester, Inc. and related

individuals. I am and/or was employed by one or both of these companies.

      I hereby consent to become a party plaintiff in this case and to be represented by any

and/or all of the plaintiffs who filed this case and their attorney(s) of record.

                                            signature:    /s/ Briana Kincannon