UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ORETHA BEH, RUBY CASON, BRIANA
KINCANNON and KIMBERLY BALKUM,
individually and on behalf of all
persons similarly situated,

                       Plaintiffs,

          -versus-                                  No. 1:19-cv-01417-LJV

COMMUNITY CARE COMPANIONS INC.,
ALEXANDER J. CARO, MARK GATIEN,
INTERIM HEALTHCARE OF ROCHESTER,
INC., and JAMES WATSON,

                                                 **CONSENT TO BECOME**
                     Defendants,                       **PARTY PLAINTIFF**
-----------------------------------------------------------x

    I, _Donna Baldwin_, understand that this case involves claims
        (print name)
under the minimum wage and overtime compensation provisions of federal law against

Community Care Companions Inc. and/or Interim Healthcare of Rochester, Inc. and related

individuals. I am and/or was employed by one or both of these companies.

    I hereby consent to become a party plaintiff in this case and to be represented by any

and/or all of the plaintiffs who filed this case and their attorney(s) of record.

                                                 signature: _Donna Baldw–_