UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

----------------------------------------------------------x

ORETHA BEH, RUBY CASON, BRIANA
KINCANNON and KIMBERLY BALKUM,
individually and on behalf of all
persons similarly situated,

Plaintiffs,

-versus-                                                    No.  1:19-cv-01417-LJV

COMMUNITY CARE COMPANIONS INC.,
ALEXANDER J. CARO, MARK GATIEN,
INTERIM HEALTHCARE OF ROCHESTER,
INC., and JAMES WATSON,

                                                            **CONSENT TO BECOME**
Defendants,                                                 **PARTY PLAINTIFF**

----------------------------------------------------------x

I, _Chicquita Calloway_ , understand that this case involves claims
(print name)

under the minimum wage and overtime compensation provisions of federal law against

Community Care Companions Inc. and/or Interim Healthcare of Rochester, Inc. and related

individuals.  I am and/or was employed by one or both of these companies.

I hereby consent to become a party plaintiff in this case and to be represented by any

and/or all of the plaintiffs who filed this case and their attorney(s) of record.

signature: _____