UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ORETHA BEH, RUBY CASON, BRIANA
KINCANNON and KIMBERLY BALKUM,
individually and on behalf of all
persons similarly situated,

                    Plaintiffs,

           -versus-                                No. 1:19-cv-01417-LJV

COMMUNITY CARE COMPANIONS INC.,
ALEXANDER J. CARO, MARK GATIEN,
INTERIM HEALTHCARE OF ROCHESTER,
INC., and JAMES WATSON,
                                                  **CONSENT TO BECOME**
                Defendants,                     **PARTY PLAINTIFF**
-----------------------------------------------------------x

I, _Melika Usree_ (print name), understand that this case involves claims under the minimum wage and overtime compensation provisions of federal law against Community Care Companions Inc. and/or Interim Healthcare of Rochester, Inc. and related individuals. I am and/or was employed by one or both of these companies.

I hereby consent to become a party plaintiff in this case and to be represented by any and/or all of the plaintiffs who filed this case and their attorney(s) of record.

                                                      signature: _Melika Usree_