**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

**ORETHA BEH, RUBY CASON, BRIANA KINCANNON and KIMBERLY BALKUM, individually and on behalf of all persons similarly situated,**

                        **Plaintiffs,**

                  -versus-                                  No. 19-CV-01417 LJV

**COMMUNITY CARE COMPANIONS INC., ALEXANDER J. CARO, MARK GATIEN, INTERIM HEALTHCARE OF ROCHESTER, INC., and JAMES WATSON,**

                        **Defendants.**

**NOTICE OF MOTION FOR EXPEDITED HEARING AND DETERMINATION OF MOTION FOR NOTIFICATION**

-----------------------------------------------------------------x

**PLEASE TAKE NOTICE** that pursuant to Rule 7(d)(1) of the Local Rules of Civil Procedure and upon the Second Declaration of James Reif dated December 20, 2019 (and exhibits annexed thereto, including a proposed order) and Plaintiffs' Memorandum Of Law For Expedited Hearing And Determination Of Court-Approved Notice To Potential "Opt-Ins," each submitted herewith, and all pleadings and proceedings heretofore had herein, Plaintiffs will move this Court before the Hon. Lawrence J. Vilardo in the Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York 14202 on a date and at a time fixed by the Court, for (a) an Order setting a schedule for an expedited hearing and determination of Plaintiffs' Motion For Leave To Distribute Notice And Related Relief, and (b) such other and further relief as may be just and appropriate.

Dated: December 20, 2019

Yours, etc.,

*James Reif*

James Reif (*pro hac vice*)
GLADSTEIN, REIF & MEGINNISS, LLP
817 Broadway, 6th Floor
New York, New York 10003
212-228-7727
jreif@grmny.com

Ian Hayes
CREIGHTON, JOHNSEN & GIROUX
1103 Delaware Avenue
Buffalo, New York 14209
716-854-0007
ihayes@cpjglaborlaw.com

Attorneys for Plaintiffs