# GLADSTEIN, REIF & MEGINNISS, LLP
## ATTORNEYS AT LAW

AMY GLADSTEIN
JAMES REIF
WALTER M. MEGINNISS, JR.
KENT Y. HIROZAWA
BETH M. MARGOLIS
WILLIAM S. MASSEY *
AMELIA K. TUMINARO
KATHERINE H. HANSEN *
MICHAEL L. WINSTON

JESSICA E. HARRIS

* ALSO ADMITTED IN NJ

39 BROADWAY • SUITE 2430
NEW YORK, NEW YORK 10006
(212) 228-7727
FAX: (212) 228-7654

ELLEN DICHNER
ROBERT MOLOFSKY **
YVONNE BROWN
JUDITH I. PADOW
*Of Counsel*

** ALSO ADMITTED IN
WASHINGTON, D.C.

January 21, 2020

BY ECF

Hon. Lawrence J. Vilardo
Robert H. Jackson U.S. Courthouse
2 Niagara Square
Buffalo, New York 14202

    Re:    Beh, et al. v. Community Care Companions, Inc., et al.,
               No. 19-CV-01417 LJV

Dear Judge Vilardo:

       I am co-counsel for Plaintiffs in the above-entitled action. I write to request a ten-day extension (to February 6, 2020) of the time for Plaintiffs to file their opposition to the motion to dismiss their Amended Complaint filed on January 13, 2020 by Defendants Community Care Companions, Caro and Gatien (Doc. 114). Said Defendants consent to Plaintiffs' request and Plaintiffs, in turn, consent to those Defendants' request to have until February 14, 2020 to file reply papers.

       Plaintiffs' request for an extension of time results from a combination of circumstances: My law firm moved its offices on this past Friday and Saturday to a new address in lower Manhattan. The packing up of my files and other materials in my office occupied most of my time last week, except for time devoted on last Tuesday, January 14, to preparation for a class action arbitration on the next day, which I attended and in which I participated. My files and other materials have now been transferred to our new address, but it will take me approximately one and one-half days to unpack those files and materials and otherwise set up my new office. I also need to prepare this week for an oral argument on January 28, 2020 in *Int'l Franchise Assn, et al. v. City of New York, et al.*, in which I am representing fast food workers defending against a legal challenge to New York City's law requiring fast food employers to provide their employees with meaningful advanced notice of changes in their work schedules.

       Thank you for Your Honor's consideration of this request.

2

Yours truly,

*James Reif*

James Reif

cc: Brian J. Shenker
     Ian Hayes
        (by email and ECF)

So ordered.

_____
     U. S. D. J.