Seq ID: 650

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
---------------------------------------x
ORETHA BEH, RUBY CASON, BRIANA
KINCANNON and KIMBERLY BALKUM,
individually and on behalf of all
persons similarly situated,

          Plaintiffs,

-versus-

No. 1:19-cv-01417-LJV

COMMUNITY CARE COMPANIONS INC.,
ALEXANDER J. CARO, MARK GATIEN,
INTERIM HEALTHCARE OF ROCHESTER,
INC., and JAMES WATSON,

**CONSENT TO BECOME PARTY PLAINTIFF**

          Defendants,
---------------------------------------x

I, Barbra Dowell, understand that this case involves claims under the overtime compensation provisions of federal law against Community Care Companions Inc. and/or Interim Healthcare of Rochester, Inc. and related individuals. I am and/or was employed by one or both of these companies.

I hereby consent to become a party plaintiff in this case and to be represented by any and/or all of the plaintiffs who filed this case and their attorney(s) of record.

Signature: *Barbra Dowell*

Date: 4/28/20

MailID 178