Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

ERICA LYNN AGUIRRE, ET AL.

**INTERIM JUDGMENT
IN A CIVIL CASE**
CASE NUMBER: 19-CV-1417

v.

COMMUNITY CARE COMPANIONS INC., ET AL.

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that Plaintiff, Erica Lynn Aguirre, accepts the offer of judgment in the amount of $900.00 (exclusive of attorney's fees) made by the Defendant, Community Care Companions Inc.

Date: December 27, 2021

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/ Jennifer V.
　　Deputy Clerk