<u>Judgment in a Civil Case</u>

United States District Court
<u>WESTERN DISTRICT OF NEW YORK</u>

| | |
|---|---|
| IMONE BEASLEY, ET AL. | **INTERIM JUDGMENT IN A CIVIL CASE** |
| | CASE NUMBER: 19-CV-1417 |
| v. | |
| COMMUNITY CARE COMPANIONS INC., ET AL. | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that Plaintiff, Imone Beasley, accepts the offer of judgment in the amount of $1,000.00 (exclusive of attorney's fees) made by the Defendant, Community Care Companions Inc.

Date: December 27, 2021                    MARY C. LOEWENGUTH
                                           CLERK OF COURT

                                           By: s/ Jennifer V.
                                               Deputy Clerk